```
                                              FILED
                                              March 18, 2015
         UNITED STATES DISTRICT COURT FOR THE CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
            EASTERN DISTRICT OF CALIFORNIA    CALIFORNIA
                                              DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:15-MJ-00030-DAD-2 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JOSEPH D. RYAN, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOSEPH D. RYAN</u>, Case No. <u>2:15-MJ-00030-DAD-2</u>, Charge <u>Title 18 USC §§ 2, 1344(2)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        \_\_ Appearance Bond with 10% Deposit

        \_\_ Appearance Bond with Surety

        \_\_ Corporate Surety Bail Bond

    ✔ (Other) <u>With pretrial supervison and conditions of release as stated on the record in open court. Defendant shall be released on 3/19/15 at 9:00 am to the custody of Pretrial Services and transported to West Care.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 18, 2015</u> at <u>2:40</u> pm.

By _____
       Dale A. Drozd
       United States Magistrate Judge